**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Dieuvens Saint Juste | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )     Civil Action No. 26-cv-13137-MJJ |
| Moniz et al | ) |
| | ) |
| Respondents. | ) |
| | ) |

**FINAL JUDGMENT**

JOUN, D.J.

    In accordance with this Court's Order , Doc. No. 8

    Judgment is entered for the Petitioner.

DATED: August 10, 2026

                    BY THE COURT,

                    /s/ Sophie Phillips